**Order entered October 21, 2015**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00836-CV

### WELLOGIX, INC., Appellant

### V.

### CAPITAL SOUTHWEST CORP., ET AL., Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-03445**

## ORDER

We **GRANT** the parties' October 19, 2015 joint motion for an extension of time for appellant to file a reply brief. Appellant shall file a reply brief by **NOVEMBER 18, 2015**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE